## PETITIONS TO REHEAR

CONLEY v. EMERALD ISLE REALTY, INC.

No. 358PA98

Case below: 350 N.C.293

Petition by plaintiffs to rehear pursuant to Rule 31 denied 24 June 1999. Justice Martin recused.

PARISH v. HILL

No. 368PA98

Case below: 350 N.C. 231

Petition by plaintiffs to rehear pursuant to Rule 31 denied 24 June 1999.

RODWELL v. CHAMBLEE

No. 559A98

Case below: 350 N.C. 377

Petition by plaintiffs to rehear pursuant to Rule 31 denied 24 June 1999.

STATE FARM MUT. AUTO. INS. CO. v. FORTIN

No. 296PA98

Case below: 350 N.C. 264

Petition by plaintiff to rehear pursuant to Rule 31 denied 27 May 1999. Petition by plaintiff to vacate opinion denied 27 May 1999.

STATION ASSOC., INC. v. DARE COUNTY

No. 337PA98

Case below: 350 N.C. 367

Petition by plaintiffs to rehear pursuant to Rule 31 denied 24 June 1999.